IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VANESSA CURRY,** | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 04-00405-BH-B |
| **JO ANNE B. BARNHART,**<br>**Commissioner of**<br>**Social Security,** | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 31, 2005 is **ADOPTED** as the opinion of this Court in that plaintiff's application for attorney's fees under the Equal Access to Justice Act,, 28 U.S.C. § 2412, in the amount of $1,237.50 representing 9.9 hours at $125.00 per hour, be and is hereby **GRANTED**.

**DONE** this 29th day of June, 2005.

                                                                  s/ W. B. Hand  
                                               SENIOR DISTRICT JUDGE