IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **VANESTA CURRY,** | * |
| Plaintiff, | * |
| vs. | * Civil Action No. 04-00405-BH-B |
| **JO ANNE B. BARNHART,** Commissioner of Social Security, | * |
| Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,237.50 under the Equal Access to Justice Act, 28 U.S.C. § 2412, representing 9.9 hours of service by plaintiff's counsel at the market rate of $125.00 per hour.

**DONE** this 29th day of June, 2005.

s/ W. B. Hand
SENIOR DISTRICT JUDGE